| DISTRICT COURT OF THE VIRGIN ISLANDS |
| :---: |
| DIVISION OF ST. CROIX |

JOSE DE LA CRUZ,

                Plaintiff,                2007-CV-0009

  v.

VIRGIN ISLANDS WATER AND POWER
AUTHORITY,

                Defendant,

  v.

MARCO A. BLACKMAN,

                Third Party Defendant.

TO:   Lee J. Rohn, Esq.
        Robert L. King, Esq.

### ORDER GRANTING DEFENDANT'S MOTION TO JOIN A THIRD PARTY DEFENDANT

      THIS MATTER came before the Court upon Defendant's Motion Join a Third Party Defendant (Docket No. 41). The time for filing a response has expired.

      Having reviewed the said motion and proposed Third Party Complaint and in the absence of any opposition of Plaintiff, the Court finds that Defendant has demonstrated

*De La Cruz v. Virgin Islands Water and Power Authority*
2007-CV-0009
Order Granting Defendant's Motion to Join a Third Party Defendant
Page 2

that Marco A. Blackman is a proper third party defendant and that impleader is appropriate. Consequently, the Court will grant said motion.

Accordingly, it is now hereby **ORDERED**:

1. Defendant's Motion to Join a Third Party Defendant (Docket No. 41) is **GRANTED**.

2. Defendant's proposed Third Party Complaint, attached to said motion as Attachment # 1, is **DEEMED FILED** as of the date of entry of this order.

3. The caption of this matter will appear as hereinabove.

ENTER:

Dated: August 26, 2008                                  /s/
                                                GEORGE W. CANNON, JR.
                                                U.S. MAGISTRATE JUDGE