# DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

| | |
|---|---|
| JOSE DE LA CRUZ, | |
| Plaintiff, | 1:07-cv-9 |
| v. | |
| VIRGIN ISLANDS WATER AND POWER AUTHORITY, | |
| Defendant/Third-Party Plaintiff, | |
| v. | |
| MARCO A. BLACKMAN, | |
| Third-Party Defendant, | |

TO:  Lee J. Rohn, Esq.
   Robert L. King, Esq.
   H.A. Curt Otto, Esq.

## ORDER REGARDING PLAINTIFF'S MOTION TO COMPEL

THIS MATTER came before the Court upon Plaintiff's Motion to Compel Defendant to Supplement Responses to Discovery (Docket No. 108). The time for filing a response has expired.

*De La Cruz v. Virgin Islands Water and Power Authority*
1:07-cv-9
Order Regarding Plaintiff's Motion to Compel
Page 2

The Court notes that the parties have not filed a stipulation pursuant to LRCi 37.2, but finds that the affidavit of counsel for Plaintiff conforms to LRCi 37.2(c)(1), and, thus, the Court will consider the motion.

The Court makes the following findings and conclusions regarding the discovery at issue:

**Interrogatory No. 1:** Defendant shall supplement with information concerning what each person did with respect to preparation of the interrogatory responses, including, by number, the specific interrogatory responses that each person prepared or assisted in preparing.

**Interrogatory Nos. 2 and 21:** Defendant shall supplement with the address of each person identified.

**Interrogatory No. 4:** Defendant has responded adequately to this interrogatory. No further response is necessary.

**Interrogatory No. 8:** Defendant shall supplement with facts concerning its inspection of the site and any remedial steps taken.

**Interrogatory No. 9:** Defendant shall supplement with information concerning employees on duty within a ½ mile vicinity of the incident, as

*De La Cruz v. Virgin Islands Water and Power Authority*
1:07-cv-9
Order Regarding Plaintiff's Motion to Compel
Page 3

| | |
|---|---|
| | well as identify the employee who last worked on the subject electrical line and/or pole. |
| **Interrogatory No. 13:** | Defendant shall supplement with information concerning training of employees regarding installing/placement/markings of electrical lines. |
| **Interrogatory No. 14:** | Defendant has responded adequately to this interrogatory. No further response is necessary. |
| **Interrogatory No. 16:** | Defendant shall supplement as indicated.. |
| **Interrogatory No. 18:** | Defendant has responded adequately to this interrogatory. No further response is necessary. |

Accordingly, it is hereby **ORDERED**:

1. Plaintiff's Motion to Compel Defendant to Supplement Responses to Discovery (Docket No. 108) is **GRANTED IN PART AND DENIED**.

2. Defendant shall supplement as directed hereinabove, specifically, Interrogatory Nos. 1, 2, 8, 9, 13, 16, and 21, within ten (10) days from the date of entry of this order.

*De La Cruz v. Virgin Islands Water and Power Authority*
1:07-cv-9
Order Regarding Plaintiff's Motion to Compel
Page 4

ENTER:

Dated: October 29, 2009					/s/ George W. Cannon, Jr.
							GEORGE W. CANNON, JR.
							U.S. MAGISTRATE JUDGE